UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| PEG LEG PORKER RESTAURANT, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | 3:20-cv-0337 |
| ) | CHIEF JUDGE CRENSHAW |
| SOCIETY INSURANCE ) | |
| ) | |
| Defendants. ) | |

## O R D E R

Pursuant to the Transfer Order of the Judicial Panel on Multidistrict Litigation, Docket No. 2964, this case is hereby transferred to the United States District Court for the Northern District of Illinois for coordinated or consolidated proceedings.

The Clerk of Court is directed to close this case and electronically transmit the record to the United States District Court for the Northern District of Illinois.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE